

**Clint Brasher**

**Joseph Muckleroy**

**Nishi Kothari**

**Brooke Wilhelm**

**Robert Hjortsberg,**
Of Counsel

Principal Office & Mailing
Address:
1122 Orleans Street
Beaumont, Texas 77701

Houston Office:
1415 N. Loop W, STE 1000
Houston, Texas 77008

Lake Charles Office:
2201 Oak Park Blvd
Lake Charles, LA 70601

New Orleans Office:
1515 Poydras Suite 1400
New Orleans, LA 70112

409.832.3737 – TX
337.333.3333 – LA
888.989.2889 – Toll Free
409.832.3838 – Fax

nishi@brasherattorney.com

Brasherattorney.com

January 19, 2024

**_Via CM/ECF_**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk of Court
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:    No. 23-30072; *Sugartown United Pentecostal Church, Inc. v. Church Mut. Ins. Co.*

Dear Mr. Cayce:

Pursuant to Rule 39(a)(2) of the Federal Rules of Appellate Procedure and U.S. Fifth Circuit Local Rule 39.1-39.2, Appellee Sugartown United Pentecostal Church, Inc. submits this letter for entry of the attached verified bill of costs, against Appellant, Church Mutual Insurance Company.

Please find attached Appellee's bill of costs in this matter and we ask that the Court enter the same against Appellant in this matter. Pursuant to Local Rule 39.1, these costs represent the cost of reproducing necessary copies of the briefs, requested by the Court, at the rate allowed under Local Rule 39.1, $0.15 / page. The costs are under the maximum copies allowed under Local Rule 39.1. And this bill of costs is being filed within fourteen days of the entry of the Court's ruling in this matter, pursuant to Fed. R. App. P. 39(d).

By way of CM/ECF and by way of certified mail, I am mailing a copy of the same to opposing counsel in this matter.

Sincerely,

/s/ Nishi Kothari

Nishi Kothari
Attorney for Appellee,
Sugartown United Pentecostal Church, Inc.

cc: All counsel of record via CM/ECF & certified mail

Print Form

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

Sugartown United Pentecostal Church, Inc.

v. Church Mutual Insurance Company        No. 23-30072

**NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

The Clerk is requested to tax the following costs against: Church Mutual Insurance Company

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 7 | 67 | 0.15 | 70.35 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ 70.35 | | Costs are taxed in the amount of $ | | | |

State of
County of  Harris

I  Nishi Vimal Kothari ,
do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon.  This  19th  day of  January , 2024 .

Costs are hereby taxed in the amount of $ _____  this _____  day of _____ , _____ .

LYLE W. CAYCE, CLERK

By _____

Deputy Clerk

(Signature)

Attorney for  Sugartown United Pentecostal Church, Inc.

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS